IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**WILLIAM J. SPARKS, JR.**                                           **PLAINTIFF**
**ADC #136379**

v.                    **CASE NO. 3:17-CV-00314 BSM**

**MISSISSIPPI COUNTY,** *et al.*                                  **DEFENDANTS**

### JUDGMENT

Consistent with the order entered on this day, the case is dismissed without prejudice.

IT IS SO ORDERED this 15th day of December 2017.

                                                     _____
                                                     UNITED STATES DISTRICT JUDGE